**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL J. HABIB AND STEVEN J. WHITE : | |
|    Plaintiffs : | 3:19-cv-02023 (SRU) |
| : | |
| VS. : | |
| : | |
| LEE FARLEY, BRYAN GUTIERREZ : | |
| MATTHEW BENOIT AND CITY OF : | |
| WATERBURY : | MARCH 10, 2020 |
|    Defendants : | |

## <u>DEFENDANTS, LEE FARLEY, BRYAN GUTIERREZ, MATTHEW BENOIT AND THE CITY OF WATERBURY'S MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT</u>

     The Defendants, Lee Farley, Bryan Gutierrez and the City of Waterbury hereby move, pursuant to F.R.C.P. 12(b)6 for the dismissal of the following Counts of the Plaintiffs' Complaint (Doc. No 2) for failure to state claims upon which relief can be granted:

     1)  As to the First Count as to any claims against the Defendants, Farley, Gutierrez and Benoit in their official capacity and as to any claims under the Fifth and Sixth Amendments.

     2)  As to the Second and Third Counts for assault and battery as they are duplicative of the Plaintiffs' §1983 excessive force claims.

     3)  As to the Fourth, Fifth, and Sixth Counts as the Plaintiffs have not alleged the criminal proceedings terminated in their favor.

4)  As to the Seventh Count, the Plaintiffs have failed to state a cause of action for a First Amendment Retaliation Claim and the Defendant officers are entitled to Qualified Immunity.

5)  As to the Eighth Count, the Plaintiffs have failed to set forth a claim of conspiracy under the Intracorporate Doctrine.

6)  As to the Ninth Count, the Plaintiffs have failed to allege sufficient facts to assert a *Monell* claim against the Defendant, City of Waterbury.

7)  As to the Tenth Count, the Plaintiffs have failed to state a cause of action pursuant to the Doctrine of Respondeat Superior against the Defendant, City of Waterbury.

Wherefore, the Defendants, Lee Farley, Bryan Gutierrez and the City of Waterbury move for the dismissal of the aforesaid portions of the Plaintiffs' Complaint.

THE DEFENDANTS, LEE FARLEY, BRYAN GUITIERREZ, MATTHEW BENOIT AND CITY OF WATERBURY

BY:   /s/ Joseph A. Mengacci
Joseph A. Mengacci
Federal Bar Number: ct05394
Office of Corporation Counsel
235 Grand Street, 3rd Floor
Waterbury, CT 06702
Phone: (203) 574-6731
Fax: (203) 574-8340
jmengacci@waterburyct.org

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY:   /s/ Joseph A. Mengacci
        Joseph A. Mengacci
        Federal Bar Number: ct05394

F:\New Electronic Filing System\FILE MANAGEMENT\Litigation\Police\Habib, Michael, et al. v. Farley, Lee, et al\PLEADINGS\MTD.docx

3